UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STANLEY MAH,

Defendant.

**NOTICE OF APPEARANCE**

Docket No. 10 Mag. 562 (CLP)

PLEASE TAKE NOTICE that the Law Office of Zachary Margulis-Ohnuma hereby appears by the undersigned as attorney of record for the defendant STANLEY MAH in the above-captioned case.

Dated:  New York, New York
        May 21, 2010

                                        Law Office of Zachary Margulis-Ohnuma

                                        _____
                                        Zachary Margulis-Ohnuma
                                        260 Madison Avenue, 17th Floor
                                        New York, NY 10016
                                        *Attorney for Defendant Stanley Mah*

Copies to:  Clerk of Court (via ECF)
            All counsel (via ECF)

1